# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
SEP 1 4 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

MATTHEW REED     3498503

c/o P.O. BOX ONE

Huttonsville, WV 26273

*(Enter above the full name of the plaintiff or plaintiffs in this action).*     *(Inmate Reg. # of each Plaintiff)*

**VERSUS**     CIVIL ACTION NO. **2:18-cv-1297**
     *(Number to be assigned by Court)*

West Virginia Division of Corrections and Rehabilitation

Jeff Sandy - MAPS Cabinet Secretary

Betsy Jividen - WVDOCR Commissioner

See Civil Case Information Statement pg 8 and 9

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

         Yes ✗     No _____

1

File

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: Matthew Reed

    Defendants: WV DOCR
    Wexford health sources
    Staff at H.C.C.

2.  Court (if federal court, name the district; if state court, name the county);

    In the circuit court of Kanawha county

3.  Docket Number: _____

4.  Name of judge to whom case was assigned: _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    Still Pending

6.  Approximate date of filing lawsuit: 8/23/18

7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** Huttonsville. Corr. Ctr.

    A. Is there a prisoner grievance procedure in this institution?

        Yes _X_     No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _X_     No ____

    C. If you answer is YES:

        1. What steps did you take? I filed a grievance sent it to the commissioner

        2. What was the result? I'm sure it will be Denied They allways Do. When I get it I'll send a copy

    D. If your answer is NO, explain why not: ____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Matthew Reed 3498503

        Address: % P.O. Box one Huttonsville, WV 26273

    B. Additional Plaintiff(s) and Address(es): ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Sherry Davis

is employed as: AWS -

at Huttonsville, Corr. CtR.

D. Additional defendants: WVDOCR, Jeff Sandy, Betsy Jividen, Michael K Martin, Ms Sherry Davis, Steve Fincham, "See civil case statment" Any and all unknown or named Defendants that may be named later

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was told by Mr. Steve Fincham that Ms Sherry Davis told him not to let me send out any Mail without her okay it first which is in violation of my Fourteen amendments, First and Fifth amendments. They will not let me mail out any Mail at this Time which is unlawful and violation of WVDOCR policy 503.00

Part of this is to get back at me for filing

4

IV. **Statement of Claim (continued):**

A civil action on WVDOCR, Huttonsville, corr. CTR and there Medical Dept.

V. **Relief**

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want this court to order WV DOCR and all its staff to go by policy 503.00 and let me send out my Legal Mail and privileged Mail for Free without limits "Policy Directive 503.00 Dated April 14, 2017" Also I ask this court to order WVDOCR to pay all court cost, my attorney fees, and pay me one million dollars for physical and mental anguish

V. **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes __X__     No _____

If so, state the name(s) and address(es) of each lawyer contacted:

Paul M. Stroebel  P.O. Box 2582 Charleston, WV 25329  But since I have no money

If not, state your reasons: _____

    C.     Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No __X__

If so, state the lawyer's name and address:

_____

_____

Signed this __11__ day of __September__, 20_18_.

_Matthew Reed_

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9 / 11 / 18__.
(Date)

_Matthew Reed_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7